UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM PALAZZOLO,

     Plaintiff,                          Case No. 10-13146

v.                                   Honorable John Corbett O'Meara

OAKWOOD HOSPITAL,

     Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's May 25, 2011 Report and Recommendation. No objections having been filed and the court having reviewed the matter;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendant's Motion for Judgment on the Pleadings (Docket no. 9) is DENIED. Plaintiff shall file an amended complaint within twenty-one days of this order.

s/John Corbett O'Meara
United States District Judge

Date: July 13, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 13, 2011, using the ECF system.

s/William Barkholz
Case Manager